DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALPHA TEAM, LLC,**
Appellant,

v.

**SVYATOSLAV MANGUSHEV, et. al.,**
Appellees.

No. 4D2025-1963

[May 7, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan Briscoe Frink, Judge; L.T. Case No. 062017CA000351AXXXCE.

David E. Wolff, Wolff Law, P.A., Hallandale Beach, for appellant.

Thomas Louis Abrams, Gamberg & Abrams, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and FORST, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***